CITY OF JERSEY CITY v. THE NEW JERSEY
TURNPIKE AUTHORITY.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS TRANTINO.

April 15, 1981.

Petition for certification denied.

IN THE MATTER OF THE 1976 ADMINISTRATIVE PAYMENT
RATE FOR FAIR OAKS HOSPITAL, SUMMIT, NEW JERSEY.

April 15, 1981.

Petition for certification denied.

GUS R. DYNOW v. JACQUELIN M. ROSSIN.

April 15, 1981.

Petition for certification denied.